UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:14-CR-10162-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| CAMERON LACROIX | ) | |
| | ) | |

**NOTICE TO THE COURT**

On August 10, 2020, undersigned counsel filed a notice of appearance in connection with the possible filing of a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). On January 13, 2021, Mr. LaCroix filed a *pro se* motion for compassionate release. *See* Docket Entry 71. As stated by Mr. LaCroix in his pro se filing, undersigned counsel and Mr. LaCroix had reached the decision not to file a motion for compassionate release. *Id.* at p. 21. Mr. LaCroix decided to reconsider that decision due, in part, to the recent spike in COVID-19 cases at Ft. Devens. *Id.* Undersigned counsel informs the Court that he does not intend to supplement Mr. LaCroix's comprehensive *pro se* filing, but stands ready to argue on behalf of Mr. LaCroix should the Court decide to conduct a hearing on the motion for compassionate release.

Respectfully submitted,

*/s/ Stylianus Sinnis*
Stylianus Sinnis
BBO#560148
Federal Defender Office
P.O. Box 51268
Boston, MA   02205
Tel: 617-223-8061

January 13, 2021

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 13, 2021.

                                                                            */s/Stellio Sinnis*  
                                                                           Stellio Sinnis