## NOTICE TO THE INMATE POPULATION

FROM:    M.D. Carvajal, Director
         Federal Bureau of Prisons


I am writing this letter to inform you effective Saturday, January 16, 2021, you will be secured in your assigned cells/quarters for precautionary reasons. I know this is frustrating for all of you. I understand this decision directly impacts each of you, as well as your loved ones, and is made with considerable thought in regards to current national events. We must ensure the safety and security of everyone in the BOP. We will continue to monitor events carefully and will adjust operations accordingly as the situation continues to evolve.

Communication with your families is important; thus, you will be provided limited access to phones and email to ensure you can remain in touch. I thank each of you for your understanding and cooperation throughout the COVID-19 pandemic. It has made a difference during this difficult time and your patience and understanding is appreciated.

Please continue to communicate with staff and share your concerns. I remain committed to doing everything I can to help keep all of you healthy and safe.

Thank you.

## AVISO A LA POBLACIÓN DE RECLUSOS

FROM:     M.D. Carvajal, Director
          Federal Bureau of Prisons

Escribo esta carta para informarle que a partir de este Sábado 16 de Enero de 2021, se asegurará en sus celdas /cuartos asignados por razones de precaución. Sé que esto es frustrante para todos ustedes. Entiendo que esta decisión afecta directamente a cada uno de ustedes, así como a sus seres queridos, y se toma con considerable reflexión con respecto a los acontecimientos nacionales. Debemos garantizar la seguridad de todos en el BOP. Continuaremos monitoreando los eventos cuidadosamente y ajustaremos las operaciones en consecuencia a medida que la situación continúe evolucionando.

La comunicación con sus familias es importante. Por lo tanto, se le proporcionará acceso limitado a teléfonos y correo electrónico para asegurarse de que puede permanecer en contacto. Agradezco a cada uno de ustedes su comprensión y cooperación durante la pandemia COVID-19. Ha hecho una diferencia durante este momento difícil y su paciencia y su comprensión es apreciada.

Por favor, continúe comunicándose con el personal y comparta sus inquietudes. Sigo comprometido a hacer todo lo posible para ayudar a mantenerlos sanos y seguros.
Gracias.