UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
     v. )  Cr. No. 14-10162-MLW
)
CAMERON LACROIX )
   Defendant. )
)

ORDER

WOLF, D.J.                                           February 19, 2021

On January 13, 2021, defendant Cameron Lacroix filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(1)(c) asking this court to order him released to Coolidge House (Dkt. No. 71). Since then, the court has been informed that Lacroix has been released to Coolidge House in anticipation of his imminent release date. Therefore, the motion (Dkt. No. 71) is MOOT.

                                                        /s/ Mark L. Wolf
                                                  UNITED STATES DISTRICT JUDGE